OCTOBER 10, 1955.

No. 43. WADE ET UX. *v.* MICHIGAN. Appeal from the Supreme Court of Michigan. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want

of a substantial federal question. *Thurman Arnold* for appellants. *Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for appellee.